**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In Re:

JAMES CURTIS CRAWFORD                                          Bk. No. 18-60045- WLH

    Debtor.                                                                      Chapter 13
_____

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that the undersigned counsel enters its appearance for **HOME POINT FINANCIAL CORPORATION,** a creditor and/or party in interest ("the Creditor"), with regards to its Mortgage on the real property, located at 2224 CREEKVIEW TRL, DECATUR, GA 30035, loan number ending in 0052, in the above captioned bankruptcy matter, and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in anyway any of the Creditor's rights or interest, with respect to the Debtor or the property on which Creditor holds a mortgage lien.

Date: June 21, 2018

                                                /s/Ryan Starks
                                              Ryan Starks, Georgia Bar No: 676512
                                              Attorney for HOME POINT FINANCIAL CORPORATION
                                              Phelan Hallinan Diamond & Jones, PLLC
                                              11675 Great Oaks Way
                                              Suite 375
                                              Alpharetta, GA 30022
                                              Tel: 770-393-4300 Ext. 60024
                                              Fax: 770-393-4310
                                              GAND.bankruptcy@phelanhallinan.com